1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| DANILO ABRAJANO and YVONNE ABRAJANO ) ) ) | CASE NO: 3:09-cv-712 JM |
| Plaintiffs, ) ) | **ORDER UPON STIPULATION TO REMAND TO STATE COURT** |
| vs. ) ) | |
| FIRST FEDERAL BANK OF CALIFORNIA; GREAT AMERICAN REALTY; SEASIDE FINANCIAL CORPORATION; T.D. SERVICE COMPANY and DOES 1-50 ) ) ) ) ) ) | |
| Defendants. ) _____ ) | |

**PURSUANT TO THE STIPULATION BETWEEN THE PARTIES, IT IS HEREBY ORDERED** that this matter be remanded back to Superior Court of the State of California, in the County of San Diego, Case no: 37-2008-00092167-CU-OR-CTL and removed from the United States District Court for the Southern District of California.

DATED: June 17, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge